

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GENE E. PHILLIPS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 3-07CV1236-B |
| | § | |
| GOOGLE INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

### DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

Defendant files its certificate of interested parties, and states:

1. Gene E. Phillips.

2. Google Inc.

3. Friedman & Feiger, L.L.P., 5301 Spring Valley Road, Suite 200, Dallas, TX 75240 (attorneys for Plaintiff).

4. Figari & Davenport, L.L.P., 3400 Bank of America Plaza, 901 Main Street, Dallas, TX 75202 (attorneys for Defendant).

Defendant's Certificate of Interested Parties – Page 1

Respectfully submitted,

FIGARI & DAVENPORT, L.L.P.

By: /s/ Parker D. Young
A. Erin Dwyer
State Bar No. 06302700
Parker D. Young
State Bar No. 22204050

3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
TEL: 214/939-2000
FAX: 214/939-2090

ATTORNEYS FOR DEFENDANT
GOOGLE INC.

## CERTIFICATE OF SERVICE

This is to certify that on this 11th day of July, 2007, a true and correct copy of the foregoing document has been served via certified mail, return receipt requested, to:

Lawrence J. Friedman
Friedman & Feiger, L.L.P.
5301 Spring Valley Road
Suite 200
Dallas, TX 75240

/s/ Parker D. Young
Parker D. Young

**Defendant's Certificate of Interested Parties – Page 2**