Phillips v. Google Inc                                                                                    Doc. 6

Case 3:07-cv-01236    Document 6    Filed 07/17/2007    Page 1 of 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GENE E. PHILLIPS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:07-CV-1236-B |
| | § | |
| GOOGLE INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

Before the Court is an agreed Motion for Voluntary Dismissal **(doc. 4)**. Having reviewed the Motion, the Court hereby **GRANTS** the Motion. Accordingly, the Court **DISMISSES** this action **without prejudice**.

SO ORDERED.

SIGNED July   17th  , 2007

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE